NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN L. MCDONALD,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7078

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-2258, Judge William A. Moorman.

---

**ON MOTION**

---

**ORDER**

John L. McDonald moves with the consent of the Secretary of Veterans Affairs to lift the stay of proceedings and set a briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. McDonald's initial brief is due within 40 days from the date of filing of this order.

FOR THE COURT

__SEP 14 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
    Mereyth Cohen Havasy, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

SEP 14 2011

**JAN HORBALY**
**CLERK**